# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2016

Robert P. Young, Jr.,
Chief Justice

153318

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DERRELL DIONTAE-VONCHAI EVANS, a/k/a
DERRELL DENO EVANS, a/k/a DARRELL
DEVONTE EVANS
      Defendant-Appellant.
_____/

SC: 153318
COA: 322320
Washtenaw CC: 13-001361-FH

      On order of the Chief Justice, the written request by defendant-appellant to withdraw his application for leave to appeal is considered and, pursuant to that request, the case is DISMISSED with prejudice.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2016

